UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In Re:

EXCLUSIVE DOORS AND
WINDOWS, LLC,

     Debtor.
_____/

Case No. 19-11829-AJC
Chapter 7

Adv. Case No. 21-01045-AJC

MARCIA T. DUNN, Chapter 7 Trustee
of the Bankruptcy Estate of EXCLUSIVE
DOORS AND WINDOWS, LLC,

     Plaintiff,
v.

MARTA PIMENTEL, an individual, and
DANIEL PIMENTEL, an individual,

     Defendants.
_____/

### NOTICE OF NON-COMPLIANCE WITH AGREED ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM DEFENDANTS AND FOR SANTIONS (D.E. 63)

Plaintiff, Marcia T. Dunn, as Chapter 7 Trustee of the above referenced bankruptcy estate (the "Plaintiff" or "Trustee"), by and through counsel, and pursuant to this Court's *Agreed Order Granting Plaintiff's Motion to Compel Production of Documents From Defendants and for Sanctions (D.E. 57)* (the "Compel Order") [D.E. 63], gives notice that Defendant Marta Pimentel and Defendant Daniel Pimentel (collectively, the "Defendants") have, failed to comply with paragraph 2 of the Compel Order and Defendants have not timely produced to the Plaintiff all documents responsive to *Plaintiff's First Request for Production to Daniel Pimentel* [D.E. 38] *and First Request for Production to Marta Pimentel* [D.E. 40].

Accordingly, a hearing regarding the Defendants' non-compliance and the imposition of

Adv. Case No. 21-01045-AJC

sanctions against Defendants Marta Pimentel and Daniel Pimentel will be held on **March 10, 2022 at 2:00 pm.,** by TELEPHONE through CourtSolutions.

To participate through CourtSolutions, you must make a reservation in advance no later than 3:00 p.m., one business day before the date of the hearing. Reservations should be arranged online at www.court−solutions.com. If a party is unable to register online, a reservation may also be made by telephone at (917) 746−7476.

Individuals not represented by counsel will be able to use the telephonic services FREE of charge. All attorneys shall advise their clients NOT to appear at the courthouse.

Respectfully submitted this 16th day of February, 2022

        DUNN LAW, P.A.
        *Counsel for Plaintiff, Marcia T. Dunn, Trustee*
        66 West Flagler Street, Suite 400
        Miami, Florida 33130
        Tel: 786-433-3866
        Fax: 786-260-0269
        jerrod.maddox@dunnlawpa.com

        By: */s/ Jerrod M. Maddox*
            Jerrod M. Maddox, Esq.
            Florida Bar No. 117820

## CERTIFICATE OF SERVICE

I CERTIFY that a true and correct copy of the foregoing was served via Notice of Electronic Filing (CM/ECF) on this 16th day of February, 2022, upon counsel for Defendants and registered users in this case.

        By: */s/ Jerrod M. Maddox*
            Jerrod M. Maddox, Esq.